IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 17-22311-jrs |
| Calla Anne Gruss | § | CHAPTER 13 |
| | § | |
| Debtor | § | |
| Carvana, LLC, | § | CONTESTED MATTER |
| | § | |
| Respondent | § | |
| v. | § | |
| Calla Anne Gruss, Debtor | § | |
| | § | |
| Nancy J. Whaley, Trustee | § | |
| | § | |
| | § | |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC, (Carvana) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 case for the reasons set forth below:

1.

Carvana holds a first priority lien on the Certificate of Title to the Debtor's 2016 Nissan Pathfinder, VIN: 5N1AR2MN9GC635959.

2.

The subject vehicle was purchased on 10//05/2017, which is within 910 days of the filing of the within case and should be paid in full pursuant to 11 U.S.C Section 1325(a)(9).

3.

The Debtor's amended plan estimates Carvana' s claim in the amount of $16,230.98 with an interest rate of 5.00%,  monthly payments in the amount of $194.00, increasing to $310.00 in 1/2019.

4.

Carvana is entitled to have its claim in the amount $23,982.17, paid as fully secured. The contractual interest rate is 23.48%.

5.

The Debtor's proposed monthly payment and interest rate are insufficient to provide Carvana, with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtor's Chapter 13 case.

This August 3, 2018

Respectfully Submitted

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

   This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Calla Anne Gruss
3590 Sunflower Dr.
Buford, GA 30519

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

   This August 3, 2018

                **/s/ Richard B. Maner**
                Richard B. Maner, GA Bar No. 486588
                Attorney for Respondent
                5775 Glenridge Drive, Building D, Suite 100
                Atlanta, GA  30328
                Phone: (404) 252-6385, Fax: (404) 252-6394
                Email: rmaner@rbmlegal.com

